DMJ:ALB
F.#2013R00901

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ OCT 08 2014 ★

LONG ISLAND OFFICE

- Courtesy Copy -
Original Filed Electronically

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

GORDON WOOLF,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PRELIMINARY ORDER
OF FORFEITURE

13-CR-388 (SJF)

        WHEREAS, on or about July 15, 2014, GORDON WOOLF (the "Defendant") entered a plea of guilty to Count One of the above-captioned Indictment charging a violation of 18 U.S.C. § 2252(a)(4)(B); and

        WHEREAS, the Defendant consents to the forfeiture of all right, title and interest in the following assets: (i) one Toshiba laptop, serial number 4336767Q; (ii) one Lenovo Ideacenter computer, serial number unknown; and (iii) one CD/DVD disk, seized from the Defendant on or about June 4, 2013 (the "Forfeited Property"), as property which constitutes: (a) visual depictions described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or other matter containing such visual depiction produced, transported, mailed, shipped or received in violation of such sections; (b) property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offenses; (c) any property, real or personal, used or intended to be used to commit or to promote the commission of said offenses; and/or (d) substitute assets, and thus is subject to forfeiture pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853(p).

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the United States and the Defendant as follows:

part of the sentence and included in the judgment. If no third party files a timely claim, this Order, together with Supplemental Preliminary Orders of Forfeiture, if any, shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the properties forfeited herein shall be forfeited to the United States for deposition in accordance with law.

9. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Preliminary Order, and amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10. The Clerk of the Court is directed to send, by inter-office mail, five (5) certified copies of this executed Order of Forfeiture to Asset Forfeiture Paralegal Kristen Lake, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
October __, 2014

s/ Sandra J. Feuerstein

HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE